# Court of Appeals
## Tenth Appellate District of Texas

### 10-25-00369-CV

In re Karla Paola Hernandez Baez

### Original Proceeding

JUSTICE SMITH delivered the opinion of the Court.

## MEMORANDUM OPINION

Relator Karla Paola Hernandez Baez's petition for writ of mandamus, filed on October 20, 2025, is denied.

STEVE SMITH
Justice

OPINION DELIVERED and FILED:  November 6, 2025

Before Chief Justice Johnson,
      Justice Smith, and
      Justice Harris
Denied
OT06

